# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DANIEL CLEON BURROUGHS                                    PETITIONER

v.                      No. 1:19-cv-100-DPM

BRYAN HALE; MARYLAND
MAYFIELD; MATT HENDRIX;
HEBER SPRINGS POLICE
DEPARTMENT; and HEBER
SPRINGS PROSECUTORS OFFICE                                RESPONDENTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 3. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burroughs's § 2241 petition will be dismissed without prejudice. His motion for leave to proceed *in forma pauperis*, № 1, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019