IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL CLEON BURROUGHS            PETITIONER

v.           No. 1:19-cv-100-DPM

BRYAN HALE; MARYLAND
MAYFIELD; MATT HENDRIX;
HEBER SPRINGS POLICE
DEPARTMENT; and HEBER
SPRINGS PROSECUTORS OFFICE          RESPONDENTS

## JUDGMENT

Burroughs's petition is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019